AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

United States of America
v.

PHILLIP KNOX

Date of Original Judgment: 06/18/2014
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Case No: 2:13CR20041-006
USM No: 05801-010

Bruce D. Eddy
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 06/18/2014 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 08/27/2015

/s/ P. K. Holmes, III
*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

Honorable P. K. Holmes, III, Chief United States District Judge
*Printed name and title*