IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          No. 2:13-CR-20041-006

PHILLIP KNOX                                                         DEFENDANT

## **ORDER**

The Court has received a report and recommendation (Doc. 305) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed.[1] The Magistrate recommends that the Court deny Defendant's motion to vacate. The Court has reviewed this case and finds that the report and recommendation is proper and contains no clear error. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motion to vacate (Doc. 277) is DENIED and his petition is DISMISSED WITH PREJUDICE. No certificate of appealability shall issue.

Judgment will be entered accordingly.

IT IS SO ORDERED this 5th day of June, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

---

[1] On May 1, the copy of the report and recommendation sent to the Defendant was returned undeliverable. On May 12, 2017, the Court resent the report and recommendation.